IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20016
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDRES TONOC-CHAN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-198-1
- - - - - - - - - -

August 18, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

Andres Tonoc-Chan appeals his sentence for transferring a false identification document which appeared to be issued under the authority of the United States in violation of 18 U.S.C. § 1028(a)(2). The district court did not clearly err in enhancing Tonoc-Chan's base offense level pursuant to U.S.S.G. § 2L2.1(b)(2)(C) because the evidence supports a finding that Tonoc-Chan's offense involved 103 sets of counterfeit documents. See § 1B1.3(a); United States v. Salazar, 70 F.3d 351, 352 (5th Cir. 1995).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.